CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, JAMES ZARIAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br>      Plaintiff,<br>v.<br>KIKUYO YAMAGUCHI, in individual and representative capacity as trustee of the George Y. Yamaguchi and Kikuyo Yamaguchi Family Trust dated September 15, 1993;MARIANNE KEIKO YAMAGUCHI;GRACE TOSHIKO MAYEMURA; EUGENE Y. YAMAGUCHI; YAMAGUCHI FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; and Does 1-10,<br>      Defendants, | Case No.: 8:19-CV-01346-JLS-JDE<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

                         CENTER FOR DISABILITY ACCESS

Dated: June 23, 2020        /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorney for Plaintiff