CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Diane B. Sherman SBN 109919
LAW OFFICES OF DIANE B. SHERMAN
1801 Century Park East, Suite 1200
Los Angeles, California 90067
Telephone: (310) 694-5132
Facsimile: (310) 943-6808
Email: ds@shermanlaw.com
Attorneys for Defendants
Kikuyo Yamaguchi; Marianne Keiko Yamaguchi; Grace Toshiko Mayemura; Eugene Y. Yamaguchi and Yamaguchi Family Limited Partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br>v.<br><br>KIKUYO YAMAGUCHI, in individual and representative capacity as trustee of the George Y. Yamaguchi and Kikuyo Yamaguchi Family Trust dated September 15, 1993;MARIANNE KEIKO YAMAGUCHI;GRACE TOSHIKO MAYEMURA; EUGENE Y. YAMAGUCHI; YAMAGUCHI FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:19-CV-01346-JLS-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 07, 2020           CENTER FOR DISABILITY ACCESS

                                 By:    /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff

Dated: August 07, 2020           LAW OFFICES OF DIANE B. SHERMAN

                                 By:    /s/ Diane B. Sherman
                                        Diane B. Sherman
                                        Attorneys for Defendants
                                        Kikuyo Yamaguchi; Marianne Keiko
                                        Yamaguchi; Grace Toshiko Mayemura;
                                        Eugene Y. Yamaguchi and Yamaguchi
                                        Family Limited Partnership

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Diane B. Sherman, counsel for Kikuyo Yamaguchi; Marianne Keiko Yamaguchi; Grace Toshiko Mayemura; Eugene Y. Yamaguchi and Yamaguchi Family Limited Partnership, and that I have obtained authorization to affix her electronic signature to this document.

Dated: August 07, 2020         CENTER FOR DISABILITY ACCESS

                    By:    /s/ Amanda Seabock
                           Amanda Seabock
                           Attorneys for Plaintiff